# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY 10601
(914) 872-8060 Main
jacksonlewis.com

April 3, 2024

**SO ORDERED:**
Application granted. The status conference scheduled for April 11, 2024 at 11:30 a.m. is adjourned to May 6, 2024 at 10:30 a.m. in Courtroom 421.

_____ 4-3-24
JUDITH C. McCARTHY
United States Magistrate Judge

<u>VIA ECF</u>

The Honorable Judith C. McCarthy
United States District, Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 421
White Plains, NY 10601

Re:   Jason Sperling v. Nuvance Health Medical Practice, P.C.
      Case No.: 7:23-cv-9434 (KMK) (JCM)

Dear Judge McCarthy:

We represent Defendant Nuvance Health Medical Practice, P.C. We respectfully submit this letter requesting an adjournment of the April 11, 2024 in-person status conference to May 6, 2024 at 10:30 a.m. because the undersigned will be out of the country that week. This is Defendant's first request to adjourn the conference and Plaintiff has consented to this adjournment.

We thank you for your time and consideration of this request.

Respectfully submitted,

Sarah R. Skubas
Sarah.Skubas@jacksonlewis.com
JACKSON LEWIS P.C.

cc:   All Counsel of Record (via ECF)

4893-8378-6419, v. 1