

# MANDEL BHANDARI LLP

80 Pine Street | 33rd Floor | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

April 18, 2025

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10604-4150

      Re:   *Re: Sperling v. Nuvance Health Medical Practice, P.C., 23 Civ. 9434 (KMK)*

Dear Judge Karas:

      We represent Plaintiff Jason Sperling in the above-captioned action against Defendant Nuvance Health Medical Practice, P.C. ("Nuvance"). We write to seek provisional leave to file under seal certain documents submitted in connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

      Plaintiff seeks to file under seal certain exhibits to the Declarations of Jason Sperling and Robert Glunt in Opposition to Defendant's Summary Judgment. The relevant exhibits are as follows:

| PX | Date | Description | Bates Number |
|----|------|-------------|--------------|
| 2 | 05/03/2021 | Nuvance Medical Staff Professionalism Manual | Defendant 025351 |
| 7 | 02/19/2021 | Email sent by Kerry Eaton | Defendant 024680 |
| 8 | 03/20/2021 | Email sent by Mark Warshofsky | Defendant 001378 |
| 9 | 11/13/2019 | Email sent by William Begg | Defendant 026570 |
| 10 | 04/13/2023 | Email sent by Susan Browning | Defendant 021107 |
| 12 | 01/01/2023 | NY DOH Adult Cardiac Surgery Report for 2017-2019 | Defendant 024275 |

The Honorable Kenneth M. Karas
April 18, 2025
Page 2

| PX | Date | Description | Bates Number |
|---|---|---|---|
| 16 | 09/20/2020 | Email sent by Kelli Stock | Defendant 005553 |
| 19 | N/A | CV of Jason Sperling | Defendant 000001 |
| 20 | 01/01/2022 | Nuvance Corrective Action Plan | Defendant 000143 |
| 21 | 02/11/2022 | Email from LaToya Anson | Defendant 028785 |
| 29 | 09/04/2023 | Email from Jason Sperling | Defendant 000106 |
| 32 | 10/03/2022 | Email from LaToya Anson | Defendant 029395 |
| 33 | 10/04/2022 | Email from Eileen Miller | Defendant 005733 |
| 36 | 02/28/2021 | Text Messages between Jason Sperling and Mark Warshofsky | Defendant 030047 |
| 38 | 06/10/2021 | Email from Kelli Stock | Defendant 000925 |
| 39 | 06/10/2021 | Email from Arie Blitz | Defendant 020641 |
| 40 | 10/13/2021 | Email from Kelli Stock | Defendant 019381 |
| 46 | 08/17/2017 | Sperling Employment Agreement | Defendant 000012 |
| 49 | 12/15/2023 | Nuvance Whistleblower Protection Policy | Defendant 000121 |
| 51 | 10/03/2022 | Email from Jason Sperling | Defendant 000702 |
| 58 | 03/07/2022 | Nuvance ECMO Memo | Defendant 001102 |
| 59 | 08/12/2020 | Email from William Begg | Defendant 000935 |

The Honorable Kenneth M. Karas
April 18, 2025
Page 3

| PX | Date | Description | Bates Number |
|---|---|---|---|
| 63 | 06/16/2021 | Email from Arie Blitz | Defendant 020705 |
| 71 | 06/16/2021 | Email from Kelly Peter | Defendant 020702 |
| 72 | 11/02/2021 | Handwritten Notes | Defendant 000697 |
| 73 | 11/02/2021 | Email from Jason Sperling | Defendant 000701 |
| 77 | 10/03/2022 | Email from Jason Sperling | Defendant 000702 |
| 78 | 10/07/2022 | Email from Jason Sperling | SPERLING-000105 |
| 81 | 06/16/2021 | Email from Kerry Eaton | Defendant 020699 |
| 93 | 01/29/2021 | Email from Jason Sperling | Defendant 005265 |
| 100 | 09/25/2024 | Deposition of Dr. William Begg | N/A |
| 101 | 11/25/2024 | Deposition of Kerry Eaton | N/A |
| 102 | 10/17/2024 | Deposition of Peter Kelly | N/A |
| 103 | 10/10/2024 | Deposition of Dr. Abeel Mangi | N/A |
| 104 | 10/18/2024 | Deposition of Tracy Melina | N/A |
| 105 | 10/01/2024 | Deposition of Eileen Miller | N/A |
| 106 | 10/15/2024 | Deposition of Dr. John Murphy | N/A |
| 108 | 10/02/2024 | Deposition of Kelli Stock | N/A |

The Honorable Kenneth M. Karas
April 18, 2025
Page 4

| PX | Date | Description | Bates Number |
|----|------|-------------|--------------|
| 109 | 10/11/2024 | Deposition of Dr. Mark Warshofsky | N/A |

Each of the written documents was produced by the Defendant in this action and designated by Defendant as confidential under the protective order in this action. ECF 24. Each of the depositions was designated confidential by Defendant. Plaintiff does not believe that these documents merit sealing protection under the *Lugosch* standard, but asks that they be provisionally admitted under seal to afford Defendant the opportunity to request that they not be publicly filed.

To the extent that the Court directs that any documents be publicly filed, Plaintiff will immediately comply. To the extent that the Court desires more information or argument Plaintiff respectfully requests it be given the opportunity to present it.

The application to provisionally seal the materials listed herein is granted. However, Defendant is explain why each document should remain under seal (or not be redacted) in a letter due 5/5/25.

Respectfully submitted,

So Ordered.

/s/ Robert Glunt
Robert Glunt

4/21/25

cc:   Counsel of Record
      (via ECF)