USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JASON SPERLING, M.D.,
                  Plaintiff,

v.

NUVANCE HEALTH MEDICAL
PRACTICE, P.C.,
                  Defendant.
--------------------------------------------------------------x

**ORDER**

23 CV 9434 (VB)

As discussed at a conference held today at which counsel for both parties appeared, it is

HEREBY ORDERED:

1. By **March 17, 2026**, plaintiff's counsel shall file a joint letter advising the Court as to the parties' preferred route for pursuing mediation and settlement of this action.

2. By **August 3, 2026**, the parties shall submit a joint pretrial order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

3. By **October 5, 2026**, the parties shall submit proposed voir dire, joint proposed jury instructions, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

4. By **October 5, 2026**, the parties shall submit any motions in limine. Oppositions to motions in limine, if any, are due **October 19, 2026**. No replies will be permitted absent prior Court approval.

5.  A final pre-trial conference is scheduled for **November 4, 2026, at 2:30 p.m.**, to be conducted in person at the White Plains Courthouse, Courtroom 620.

6.  Jury selection and trial are scheduled to begin on **November 9, 2026, at 9:30 a.m**.

Dated: March 3, 2026
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

2